

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Harris County Appraisal District v. 4085 Westheimer Holdings, Ltd., Highland Village Shopping Ctr., 2706 Suffolk Holdings Ltd., 3994 Westheimer Holdings Ltd., and Highland Village Limited Partnership

Appellate case number:   01-20-00325-CV

Trial court case number:  2019-61933

Trial court:              125th District Court of Harris County

Appellees 4085 Westheimer Holdings, Ltd., Highland Village Shopping Ctr., 2706 Suffolk Holdings Ltd., 3994 Westheimer Holdings Ltd., and Highland Village Limited Partnership have filed a motion for rehearing, which the court hereby DENIES.

Justice's signature:  <u>/s/ Gordon Goodman</u>
                          Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Farris.

Date:  <u>August 3, 2021</u>